**APPLICANT**     <u>BRUCE W. MACON</u>          **APPLICATION NO. <u>WR-76,956-08</u>**

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

DISMISSED, SUBSEQUENT APPLICATION. TEX. CODE CRIM. PROC. Art. 11.07, § 4(a)-(c).

_____                              3-4-15
**JUDGE**                                                            **DATE**